IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

---

Civil Action No. 06-cv-01525-WDM-MEH                    Date:   November 22, 2006
Courtroom Deputy:  Cathy Coomes                         **FTR – Courtroom A601**

---

HANS-GERD RASENACK, by and through Jessica Tribolet,          John M. Case
his duly appointed Guardian and Conservator; and
JESSICA TRIBOLET, as duly appointed Guardian and
Conservator if Hans-Gerd Rasenack;

Plaintiff(s);

vs.

AIG LIFE INSURANCE COMPANY and                                Kristen L. Mix
AIG CLAIM SERVICES, INC.;

Defendant(s).

---

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING and SCHEDULING CONFERENCE**

**Court in session:**     9:29 a.m.

Court calls case.  Appearances of counsel.

Opening statements by the Court.

Argument and discussion regarding Defendants' Motion for Order to Prohibit Discovery (Doc. #8, filed 10/20/06).

**ORDERED:**  1.   For reasons and as stated on the record, Defendants' Motion for Order to Prohibit Discovery (Doc. #8, filed 10/20/06) is GRANTED in part and DENIED in part. Mr. Case is granted leave to serve a subpoena requesting documents from the Marriott files.

2.   A telephonic Status Conference is set for **December 18, 2006, at 9:00 a.m.** Counsel are directed to conference together and then contact the Court at (303)844-4507. A briefing schedule regarding the cross Motions for Summary Judgment will also be set at that time.

The Court will not enter a Scheduling Order at this time.

**Court in recess:**     **10:00 a.m.  (Hearing continued/concluded)**
**Total time in court:**  0:31