IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.   06-cv-01525-WDM-MEH

HANS-GERD RASENACK, et al.,

    Plaintiff(s),

v.

AIG LIFE INSURANCE COMPANY, et al.,

    Defendant(s).
_____

**ORDER GRANTING MOTION TO STAY**
_____

    This matter having come before me on the parties' Joint Motion to Stay Pending Finalization of Settlement (doc. no. 61), and being fully advised in the premises, the motion is granted and this matter shall be stayed for a period of 90 days from the date of this order.

    DATED at Denver, Colorado, on January 7, 2010.

                                      BY THE COURT:

                                      s/ Walker D. Miller
                                      United States Senior District Judge

PDF FINAL