IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 06-cv-01525-WDM-MEH

HANS-GERD RASENACK, et al.,

    Plaintiffs,

v.

AIG LIFE INSURANCE COMPANY, et al.,

    Defendants.

---

## NOTICE OF DISMISSAL

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(ii).  Accordingly, the complaint and all claims are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on March 1, 2010

                                              BY THE COURT:

                                              s/ Walker D. Miller
                                              United States Senior District Judge

PDF FINAL